IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHERYL MESNARD, | |
| Plaintiff, | |
| v. | Case No. 23-CV-983-SPM |
| BETHANY CHRISTIAN SERVICES OF ILLINOIS, | |
| Defendants. | |

# JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal with prejudice (Doc. 22);

**IT IS ORDERED AND ADJUDGED** that Plaintiff Cheryl Mesnard's action against Defendant Bethany Christian Services of Illinois is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)**,** each party to bear own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

**DATED: October 4, 2023**

                                                           MONICA A. STUMP,
                                                           Clerk of Court

                                                           By: s/ *Jackie Muckensturm*
                                                           Deputy Clerk

**APPROVED: s/** ***Stephen P. McGlynn***
                    **STEPHEN P. MCGLYNN**
                    **U.S. District Judge**